

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00358-CV

Juanita **SPRUTE**, M.D. and Jefferson Family Practice Associates,
Appellants/Cross-Appellees

v.

Arnold L. **LEVEY**,
Appellee/Cross-Appellant

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02406
Honorable Larry Noll, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the orders of the trial court are AFFIRMED. Costs of the appeal are taxed against the parties who incurred them.

SIGNED July 15, 2015.

Sandee Bryan Marion, Chief Justice